Larry ARNOLD, Administrator of the Estate of Eric Arnold, Deceased, on Behalf of the Estate of Eric Arnold, Deceased, Larry Arnold, Administrator of the Estate of Eric Arnold, Deceased, on Behalf of the Next of Kin of Eric Arnold, Deceased, and Larry Arnold, in his own right, Petitioner

v.

Richard KAPOSY; and/or Richard Kaposy d/b/a Treeman Landscaping; and/or Richard Kaposy d/b/a Country Boyz Cutting City Trees; and/or Richard Kaposy d/b/a Country Boyz Tree Service; Duquesne Light Company; Kayla Weller; and/or Matthew Weller, Respondents

No. 473 WAL 2016

Supreme Court of Pennsylvania.

May 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of May, 2017, the Petition for Allowance of Appeal is DENIED.

COMMONWEALTH of Pennsylvania, Respondent

v.

Andre ROMERO, Petitioner

No. 532 EAL 2016

Supreme Court of Pennsylvania.

May 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of May, 2017, the Petition for Allowance of Appeal is DENIED.

Dan C. KARNICKI, Individually and as Administrator of the Estate of Elizabeth L. Karnicki

v.

RIDE THE DUCKS INTERNATIONAL LLC, Ride The Ducks of Philadelphia d/b/a Ride The Ducks, Herschend Family Entertainment Corporation d/b/a Ride The Ducks, Amphibious Vehicle Manufacturing, LLC,

Petition of: Ride The Ducks International, LLC

No. 510 EAL 2016

Supreme Court of Pennsylvania.

May 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of May, 2017, the Petition for Allowance of Appeal is DENIED and the Application for a Stay